JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CAMERON HARRELL,<br><br>                                    Plaintiff,<br><br>         v.<br><br><br>CHYVONNE SELINA ANCHONDO, DBA<br>MUSTANG SALLY'S ON ROUTE 66; and<br>DOES 1-10, inclusive,<br><br>                                    Defendants. | Case No. 5:24-cv-00565 JGB (SPx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

Judgment shall be entered as follows:

1. Judgment is entered in favor of Plaintiff Cameron Harrell and against Defendant Chyvonne Selina Anchondo, doing business as Mustang Sally's On Route 66, on Plaintiff's Americans with Disabilities Act (ADA) claim.

2. Plaintiff is **AWARDED** $3,210 from Defendant, which is comprised of attorneys' fees and costs.

3. Defendant is **ENJOINED** to ensure that accessibility barriers at the Property located at 10028 Foothill Blvd., Rancho Cucamonga, California

1    (the "Property"), are removed and/or corrected, including, but not limited

2    to, ensuring that accessible parking and pathways at the Property are

3    accessible.

4.  Plaintiff is **ORDERED** to mail a copy of this order and the judgment

    concurrently filed therewith to Defendant.  Plaintiff shall file a Proof of

    Service with the Court within ten days of the date of this Order.

5.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: July 17, 2024

_____

THE HONORABLE JESUS G. BERNAL
United States District Judge